THE STATE OF OHIO, APPELLANT, *v.* BERENYI, APPELLEE.

[Cite as *State v. Berenyi* (1998), 81 Ohio St.3d 550.]

(No. 97–2276—Submitted March 25, 1998—Decided April 29, 1998.)

*Joseph R. Burkard,* Paulding County Prosecuting Attorney, for appellant.
*Larry V. DiLabbio,* for appellee.

The judgment of the court of appeals is affirmed on the authority of *State v. Golphin* (1998), 81 Ohio St.3d 543, 692 N.E.2d 608.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.